UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **22-1010**

Case Title: **Timothy King and Gregory J Rohl, et al** vs. **Gretchen Whitmer, et al**

List all clients you represent in this appeal:

> **Gretchen Whitmer and Jocelyn Benson**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Heather S. Meingast**   Signature: s/ **Heather S. Meingast**

Firm Name: **Michigan Department of Attorney General**

Business Address: **PO Box 30736**

City/State/Zip: **Lansing, Michigan, 48909**

Telephone Number (Area Code): **517.335.7659**

Email Address: **meingasth@michigan.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---