# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 21, 2022

Mr. Darryl G. Bressack
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Erik A. Grill
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Ms. Stefanie Lynn Junttila
Federal Criminal Attorneys of Michigan
500 Griswold Street
Suite 2340
Detroit, MI 48301

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

          Re: Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
               Originating Case No. : 2:20-cv-13134

Dear Sir or Madam,

   The Court issued the enclosed Order today in this case.

               Sincerely yours,

               s/C. Anthony Milton
               Case Manager
               Direct Dial No. 513-564-7026

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1010

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

TIMOTHY KING

      Plaintiff

 and

STEFANIE LYNN JUNTTILA

      Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

      Defendants - Appellees


   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

     The Form of Appearance was not filed by January 19, 2022.

     The Disclosure of Corporate Affiliations and Financial Interest was not filed by January 19, 2022.

     The Civil Appeal Statement of Parties and Issues was not filed by January 19, 2022.

     The Transcript Order was not filed by January 19, 2022.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

          **ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
          Deborah S. Hunt, Clerk

Issued:  January 21, 2022