CASE NO. 22-1010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,

and

STEFANIE LYNN JUNTTILA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSION; CITY OF DETROIT, MI,

    Defendants /Appellees.

Appeal from the United States District Court
Eastern District of Michigan
Civil Case No. 2:20-cv-13134

**INTERESTED PARTY-APPELLANT'S**

**MOTION TO SEAL MOTION TO REINSTATE APPEAL AND CONTENTS**

**CERTIFICATE OF SERVICE**

Now comes Interested Party-Appellant, STEFANIE LYNN JUNTTILA, *in propria persona*, and for her Motion to Seal Her Motion to Reinstate Appeal and Contents, being filed herewith, states as follows.

**1.** This motion is filed pursuant to and in compliance with the Federal Rules of Appellate Procedure (FRAP), including, *inter alia*, FRAP 27(a) and (b); Sixth Circuit Rule (6 Cir. R.) 27; and 6 Cir. Internal Operating Procedures (I.O.P.) 27.

**2.** This motion requests the Court to seal the Motion to Reinstate her appeal and the supporting documentation and content filed therewith. Undersigned is only requesting that the Court seal the Motion and its supporting contents and documentation.

**3.** Undersigned will separately and simultaneously file the pre-requisite forms and documents required by the Court's January 19, 2022, correspondence.

**4.** Undersigned counsel moves the Court to seal her Motion to Reinstate and Supporting Content as such contains information and material of a private and sensitive nature, the substance of which speaks for itself.

**5.** As directed by the Court, undersigned is filing on this date the required documents: (1) her appearance; (2) statement of parties and issues on appeal; (3) corporate disclosure form; and (4) transcript order form, if applicable.

WHEREFORE, undersigned respectfully requests the Court to grant her Motion to Seal her Motion to Reinstate Appeal and Supporting Contents.

           Respectfully submitted by,

           /s/ Stefanie Lynn Junttila

           _____
           STEFANIE LYNN JUNTTILA

Date: January 24, 2022

## CERTIFICATE OF SERVICE

STEFANIE LYNN JUNTTILA, *in propria persona*, being first duly sworn, deposes and states that on the 24th day of January 2022, she caused a copy of the within Motion to Seal her Motion to Reinstate Appeal and Supporting Contents to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties, each of whom is registered with the United States Court of Appeals for the Sixth Circuit.

    Respectfully submitted by,

    /s/ Stefanie Lynn Junttila

    _____
    STEFANIE LYNN JUNTTILA