Case No. 22-1010

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

TIMOTHY KING

    Plaintiff

 and

STEFANIE LYNN JUNTTILA

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

   Upon consideration of the appellant's motion to reinstate the case and the motion to seal the motion to reinstate,

   And it appearing that the defaults which led to dismissal of the appeal have been cured,

   It is **ORDERED** that the motions be and they hereby are **GRANTED**.

                                    **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 04, 2022