**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 24, 2022

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Erik A. Grill
Office of the Attorney General
 of Michigan
P.O. Box 30217
Lansing, MI 48909

Ms. Stefanie Lynn Junttila
Federal Criminal Attorneys of Michigan
500 Griswold Street
Suite 2340
Detroit, MI 48301

Ms. Heather S. Meingast
Office of the Attorney General
 of Michigan
P.O. Box 30217
Lansing, MI 48909

    Re:  Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
          Originating Case No. : 2:20-cv-13134

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/C. Anthony Milton
                                          Case Manager
                                          Direct Dial No. 513-564-7026

cc:  Ms. Kinikia D. Essix

Enclosure