CASE NO. 22-1010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,

and

STEFANIE LYNN JUNTTILA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSION; CITY OF DETROIT, MI,

    Defendants /Appellees.

Appeal from the United States District Court
Eastern District of Michigan
Civil Case No. 2:20-cv-13134

**INTERESTED PARTY-APPELLANT'S
MOTION TO EXTEND TIME TO FILE PRINCIPAL BRIEF**

**CERTIFICATE OF SERVICE**

Now comes Interested Party-Appellant, STEFANIE LYNN JUNTTILA, *in propria persona*, and for her Motion to Extend Time to File Principal Brief on Appeal, states as follows.

**1.** This motion is filed pursuant to and in compliance with the Federal Rules of Appellate Procedure (FRAP), including, *inter alia*, FRAP 27(a) and (b); Sixth Circuit Rule (6 Cir. R.) 27; and 6 Cir. Internal Operating Procedures (I.O.P.) 27.

**2.** On February 4, 2022, the Court issued a briefing schedule fixing the date for Appellant to file her principal brief as Wednesday, March 16, 2022. Document #19.

**3.** Appellant is a solo-practitioner with a burgeoning defense practice and is representing herself in this appeal.

**4.** Appellant is in trial proceedings for the balance of the week.

**5.** This motion respectfully requests an extension of time to file Appellant's principal brief on appeal for 28 days to on or before Monday, April 11, 2022, so that she can adequately prepare her brief for this Honorable Court.

WHEREFORE, undersigned respectfully requests the Court to grant her Motion to Extend Time to File Principal Brief on Appeal.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

_____
STEFANIE LYNN JUNTTILA

Date:  March 14, 2022

## CERTIFICATE OF SERVICE

STEFANIE LYNN JUNTTILA, *in propria persona*, being first duly sworn, deposes and states that on the 14th day of March, 2022, she caused a copy of the within Motion to Extend Time to File Principal Brief to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties, each of whom is registered with the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

_____

STEFANIE LYNN JUNTTILA