CASE NO. 22-1010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,

and

STEFANIE LYNN JUNTILLA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSION; CITY OF DETROIT, MI,

    Defendants /Appellees.

Appeal from the United States District Court
Eastern District of Michigan
Civil Case No. 2:20-cv-13134

**INTERESTED PARTY-APPELLANT'S
SECOND MOTION TO EXTEND TIME TO FILE PRINCIPAL BRIEF**

**CERTIFICATE OF SERVICE**

Now comes Interested Party-Appellant, STEFANIE LAMBERT, in propria persona, and for her Second Motion to Extend Time to File Principal Brief on Appeal, states as follows.

1. This motion is filed pursuant to and in compliance with the Federal Rules of Appellate Procedure (FRAP), including, inter alia, FRAP 27(a) and (b); Sixth Circuit Rule (6 Cir. R.) 27; and 6 Cir. Internal Operating Procedures (I.O.P.) 27.

2. On January 5, 2022, Appellant, in pro per, filed her notice of appeal in this case.

3. This is a complex, nuanced and unique case in which the district court issued a blanket order of sanctions against a host of attorneys representing multiple clients without identifying, much less articulating, how and the extent to which each attorney (including Appellant) was individually responsible for the alleged sanctionable conduct.

4. The Court has on its docket three related cases, all of which, including the above-captioned, involve the District Court's award of sanctions against the attorneys representing the named defendants in the underlying litigation. See Dockets 21-1785; 21-1786; 21-1787.

5. Several consecutive motions for extensions of time to file briefs have been filed by the parties, and have been granted by the Court. See, e.g., Docket 21-1786, #38, #42 (both granting consecutive motions by attorneys for Defendant City of Detroit, the last now being due on May 13, 2022).

6. In addition, amicus curiae have joined at least one of these related cases. See, e.g., Docket 21-1786, # 39.

7. The matters in all of these cases are likely to raise overlapping issues and the appellate proceedings in these cases remain ongoing.

8. On February 4, 2022, the Court issued a briefing schedule fixing the date for Appellant to file her principal brief as Wednesday, March 16, 2022. Document #19.

9. On March 15, 2022, the Court granted a first motion to extend the time for Appellant to file her principal brief, making the date for the filing of such brief Wednesday, April 13, 2022. Docket #23.

10. Appellant is a solo-practitioner with a burgeoning defense practice and is representing herself in this appeal.

11. Appellant has been in a lengthy trial for the balance of this week.

12. For the above-stated reasons, this motion respectfully requests a second short extension of time for Appellant to file her principal brief on appeal for 14 days to on or before Wednesday, April 27, 2022, so that she can adequately prepare her brief for this Honorable Court.

WHEREFORE, undersigned respectfully requests the Court to grant her Motion to Extend Time to File Principal Brief on Appeal, allowing said brief to be considered timely filed if filed on or before April 27, 2022.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

_____
STEFANIE LYNN JUNTTILA

Date: April 12, 2022

## CERTIFICATE OF SERVICE

STEFANIE LAMBERT, *in propria persona*, being first duly sworn, deposes and states that on the 12th of April, 2022, she caused a copy of the within Motion to Stay to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties, each of whom is registered with the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

STEFANIE LYNN JUNTTILA