No. 22-1010

In the
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,
and

STEFANIE LYNN JUNTTILA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI,

    Defendants-Appellees.

Appeal from the United States District Court
Eastern District of Michigan, Southern Division

**DEFENDANTS-APPELLEES WHITMER AND JOHNSON'S
MOTION TO EXTEND TIME TO FILE BRIEF**

    Heather S. Meingast (P55439)
    Erik A. Grill (P64713)
    Assistant Attorneys General
    Counsel of Record
    Attorney for Defendants-
    Appellees Whitmer & Benson
    PO Box 30736
    Lansing, Michigan 48909
    517.335.7659

Dated: June 7, 2022

Defendants-Appellees Michigan Governor Gretchen Whitmer and Secretary of State Jocelyn Benson respectfully request a two-week extension of time to file their brief in the above matter.

1. Pursuant to the Court's current briefing schedule, Appellees' brief is due June 10, 2022.

2. Appellees reluctantly request a short extension of time to file their brief.

3. Counsel for Appellees acknowledges that several motions to extend the time for filing briefs in this matter have already been granted. However, this is the State's first request for an extension.

4. The undersigned counsel were and continue to be involved in an unexpected onslaught of election litigation related to candidate nominating petitions, which began May 27, 2022, and resulted in over a dozen lawsuits, all requiring expedited consideration given pending election deadlines.

5. This fast-moving election-related litigation has delayed the undersigned counsel in completing their work on Appellees' briefs.

6. Appellees submit that this short extension will not prejudice the parties or their arguments.

For the above reasons, Appellees Whitmer and Benson request a two-week extension, to June 24, 2022, to file their briefs.

Respectfully submitted,

*/s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Counsel of Record
Attorney for Defendants-
Appellants Whitmer & Johnson
PO Box 30736
Lansing, Michigan 48909
517.335.7659

Dated: June 7, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2022, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Assistant Attorney General
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance with Type-Volume Limit,
Typeface Requirements, and Type Style Requirements

1.    This brief complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because, excluding the part of the document exempted by Federal Rule of Appellate Procedure 32(f), this brief contains no more than 5,200 words. This document contains 180 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Word 2013 in 14-point Century Schoolbook.

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Assistant Attorney General
Co-Counsel of Record
Attorney for Defendants-Appellants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
