CASE NO. 22-1010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,

and

STEFANIE LYNN JUNTILLA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSION; CITY OF DETROIT, MI,

    Defendants /Appellees.

Appeal from the United States District Court
Eastern District of Michigan
Civil Case No. 2:20-cv-13134

**INTERESTED PARTY-APPELLANT'S
MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

**CERTIFICATE OF SERVICE**

Now comes Interested Party-Appellant, STEFANIE LAMBERT, in propria persona, and for her Motion to Extend Time to File Reply Brief, states as follows.

1. This motion is filed pursuant to and in compliance with the Federal Rules of Appellate Procedure (FRAP), including, inter alia, FRAP 27(a) and (b); Sixth Circuit Rule (6 Cir. R.) 27; and 6 Cir. Internal Operating Procedures (I.O.P.) 27.

2. On January 5, 2022, Appellant, in pro per, filed her notice of appeal in this case from the district court's opinion and order, and final judgment issued December 2, 2021.

3. This is a complex, nuanced and unique case in which the district court issued a blanket order of sanctions against a host of attorneys representing multiple clients without identifying, much less articulating, how and the extent to which each attorney (including Appellant) was individually responsible for the alleged sanctionable conduct.

4. The Court has on its docket three related cases, all of which, including the above-captioned, involve the District Court's award of sanctions against the attorneys representing the named defendants in the underlying litigation. See Dockets 21-1785; 21-1786; 21-1787.

5. Several consecutive motions for extensions of time to file briefs were filed by the parties, and have been granted by the Court. See, e.g., Docket 21-1786, #38, #42 (both granting consecutive motions by attorneys for Defendant City of Detroit), and, in this case, Docket 21-1010, #27, granting the City of Detroit an extension to file its principal brief on appeal (Appellee's Brief) to June 10, 2022.

6. In addition, amicus curiae have joined at least one of these related cases. See, e.g., Docket 21-1786, # 39.

7. The matters in these related cases are likely to raise overlapping issues and the appellate proceedings in these cases remain ongoing.

8.  Appellant is a solo-practitioner with a burgeoning defense practice and is representing herself in this appeal.

9.  Since the June 10, 2022, filing of Appellee's Brief, Appellant has attended multiple court appearances in numerous state and federal court matters in litigation.

10.  Rule 26(b) of the Federal Rules of Appellate Procedure provides that the Court may for good cause extend the times for the filing of briefs.  Likewise 6 Cir. I.O.P. 26(b) provides that a party may seek an extension of a deadline and move the Court for such an extension.

11.  For the above-stated reasons, this motion respectfully requests extension of time for Appellant to file her reply brief originally due on Friday, July 1, 2022, to Friday, July 22, 2022, so that she can adequately prepare her reply brief for this Honorable Court.

WHEREFORE, undersigned respectfully requests the Court to grant her Motion to Extend Time to File Reply Brief, allowing said brief to be considered timely filed if filed on or before Friday, July 22, 2022.

                                                             Respectfully submitted by,

                                                             /s/ Stefanie Lynn Junttila

                                                             _____

                                                             STEFANIE LYNN JUNTTILA

Date:  July 13, 2022

**CERTIFICATE OF SERVICE**

STEFANIE LAMBERT, *in propria persona*, being first duly sworn, deposes and states that on the 13th of July, 2022, she caused a copy of the within Motion to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties, each of whom is registered with the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

_____
STEFANIE LYNN JUNTTILA