# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 13, 2022

Ms. Stefanie Lynn Junttila
Federal Criminal Attorneys of Michigan
500 Griswold Street
Suite 2340
Detroit, MI 48301

Re: Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
Originating Case No. 2:20-cv-13134

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been **GRANTED**. The reply brief is now due **July 22, 2022**.

Sincerely,

s/Gretchen S. Abruzzo, Case Manager for
C. Anthony Milton, Case Manager
Direct Dial No. 513-564-7026

cc: Mr. David H. Fink
Mr. Nathan Joshua Fink
Mr. Erik A. Grill
Ms. Heather S. Meingast