## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 22, 2022

Ms. Stefanie Lynn Junttila
Federal Criminal Attorneys of Michigan
500 Griswold Street
Suite 2340
Detroit, MI 48301

Re:  Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
     Originating Case No. : 2:20-cv-13134

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **August 12, 2022**.

                                    Sincerely yours,

                                    s/C. Anthony Milton
                                    Case Manager
                                    Direct Dial No. 513-564-7026

cc:  Mr. David H. Fink
     Mr. Nathan Joshua Fink
     Mr. Erik A. Grill
     Ms. Heather S. Meingast