CASE NO. 22-1010

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TIMOTHY KING,

    Plaintiff,

and

STEFANIE LYNN JUNTILLA,

    Interested Party-Appellant,

v.

GRETCHEN WHITMER; JOCELYN BENSION; CITY OF DETROIT, MI,

    Defendants /Appellees.

Appeal from the United States District Court
Eastern District of Michigan
Civil Case No. 2:20-cv-13134

**INTERESTED PARTY-APPELLANT'S
THIRD MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

**CERTIFICATE OF SERVICE**

Now comes Interested Party-Appellant, STEFANIE LAMBERT, in propria persona, and for her Third Motion to Extend Time to File Reply Brief, states as follows.

1. This motion is filed pursuant to and in compliance with the Federal Rules of Appellate Procedure (FRAP), including, inter alia, FRAP 27(a) and (b); Sixth Circuit Rule (6 Cir. R.) 27; and 6 Cir. Internal Operating Procedures (I.O.P.) 27.

2. On January 5, 2022, Appellant, in pro per, filed her notice of appeal from the district court's opinion and order, and final judgment issued December 2, 2021.

3. This is a complex, nuanced, and unique case in which the district court issued a blanket order of sanctions against a host of attorneys representing multiple clients without identifying, much less articulating, how and the extent to which each attorney (including Appellant) was individually responsible for the alleged sanctionable conduct.

4. The Court has on its docket three related / connected cases, all of which, including the above-captioned, involve the District Court's award of sanctions against the attorneys representing the named defendants in the underlying litigation. See Dockets 21-1785; 21-1786; and 21-1787.

5. Several consecutive motions for extensions of time to file briefs have been filed by the parties, and have been granted by the Court. See, e.g., Docket 21-1786, #38, #42 (both granting consecutive motions by attorneys for Defendant City of Detroit), and, in this case, Docket 21-1010, #27, granting the City of Detroit an extension to file its principal brief on appeal (Appellee's Brief) to June 10, 2022.

6. In addition, amicus curiae have joined at least one of these related cases. See, e.g., Docket 21-1786, # 39.

7. Further, the appellants in the related / connected cases have each filed multiple motions to file reply briefs to the Appellees' briefs asking for an extension of time to file beyond the due date

1

for their respective briefs. Thus, in 21-1787, appellant requested and the Court granted the due date for the filing of appellant's reply to be extended to August 12, 2022. Docket Entry # 56. In 21-1785 and 21-1787, the appellants requested and the Court granted motions to extend the filing of reply briefs to Friday, July 29, 2022. Docket Entry # 34 and Docket Entry # 31, respectively. In the latter case, the Court granted the appellant's second motion. Additionally, the Court in Docket Number 21-1786 granted appellants additional time to file their reply brief on a second motion extending the time to file until September 12, 2022.

8. Appellant here requests an additional (third) extension to file her reply brief for 30 days, making the reply brief due on or before Friday, August 12, 2022.

9. Appellant's request falls within the time that other reply briefs will be filed in the related / connected cases mentioned above, so it is believed that the granting of such request will not prejudice the parties.

10. The matters in these related cases raise overlapping issues and the appellate proceedings in these cases remain ongoing, so it is believed Appellant's request is not placing an undue burden on the Court or disrupting the Court's docket.

11. Appellant is a solo-practitioner with a burgeoning defense practice and is representing herself in this appeal. She is preparing a reply brief to the appellees' briefs, which were lengthy and beyond the word limits required by the court rules. Since the June 10, 2022, filing of Appellee's Brief, Appellant has attended multiple court appearances in numerous state and federal court matters in litigation. In addition, Appellant has just learned that Appellee Nessell has requested an investigation into appellant, other attorneys, and well-respected experts, who have filed expert reports and pleadings on public dockets, and have analyzed other evidence in the hands of law enforcement entities investigating voter fraud in Michigan, which have demonstrated that

2

the 2020 election was NOT the most secure election in American history. As the Appellees know, this places an additional burden on Appellant's legal practice, as she has to devote significant resources to addressing this matter, as well.

12. Rule 26(b) of the Federal Rules of Appellate Procedure provides that the Court may for good cause extend the times for the filing of briefs. Likewise, 6 Cir. I.O.P. 26(b) provides that a party may seek an extension of a deadline and move the Court for such an extension.

13. For the above-stated reasons, this motion respectfully requests a third extension of time for Appellant to file her reply brief from Friday, August 12, 2022 to Monday, September 12, 2022, so that she can adequately prepare her reply brief for this Honorable Court.

WHEREFORE, undersigned respectfully requests the Court to grant her Third Motion to Extend Time to File Reply Brief, allowing said brief to be considered timely filed if filed on or before Monday, September 12, 2022.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

_____
STEFANIE LYNN JUNTTILA

Date:  August 10, 2022

## CERTIFICATE OF SERVICE

STEFANIE LAMBERT, *in propria persona*, being first duly sworn, deposes and states that on the 10th day of August, 2022, she caused a copy of the within Motion to be served upon all parties of record by electronically filing and serving same upon counsel of record for the parties, each of whom is registered with the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted by,

/s/ Stefanie Lynn Junttila

STEFANIE LYNN JUNTTILA