## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 11, 2022

Mr. David H. Fink

Mr. Nathan Joshua Fink

Mr. Erik A. Grill

Ms. Stefanie Lynn Junttila

Ms. Heather S. Meingast

>  Re:  Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
>        Originating Case No. 2:20-cv-13134

Dear Counsel,

  The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **September 12, 2022**.

>  Sincerely yours,
>
>  s/Virginia Lee Padgett
>  Case Manager
>  Direct Dial No. 513-564-7032