# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): __22-1010_____

2. Case Caption (Short Title): __King and Junttila, et al v Whitmer, et al_____

3. Argument is scheduled for __1:00pm____ on __December 8, 2022_____ and will be held:

   [X] Live (In Person)    [ ] by Video    [ ] by Telephone

   Telephone number by which counsel can be reached on the day of Telephone argument, if applicable: _____

4. I, __Heather S. Meingast_____, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [X] Appellee / Respondent    [ ] Intervenor        _____

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Gretchen Whitmer and Jocelyn Benson

6. Minutes reserved for rebuttal, if applicable: _____ (must be reserved in whole minutes)

7. If you are sharing time with one or more attorneys, please address the following:
   A. Number of attorneys sharing time: ____   B. Total number of minutes to be shared: ____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): ____   D. Your assigned minutes: ____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on __November 2, 2022_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ __Heather S. Meingast_____

---

*Click here to see a completed example of this form.*