## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 19, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:  Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
     Originating Case No.  2:20-cv-13134

Dear Ms. Essix:

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely yours,

                                        s/Patricia J. Elder, Senior Case Manager
                                          for C. Anthony Milton, Case Manager

cc:  Mr. David H. Fink
     Mr. Nathan Joshua Fink
     Mr. Erik A. Grill
     Ms. Stefanie Lynn Junttila
     Ms. Heather S. Meingast

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1010

_____

Filed: July 19, 2023

TIMOTHY KING

    Plaintiff

 and

STEFANIE LYNN JUNTTILA

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.


COSTS: None